DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**SHEREON LEONARD DUKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D12-2415

[September 10, 2014]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 2010CF001577AMB.

Carey Haughwout, Public Defender, and Emily Ross-Booker, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Ellison v. State,* 132 So. 3d 291 (Fla. 4th DCA 2014).

DAMOORGIAN, C.J., CIKLIN and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***